TORRINGTON CO., PLAINTIFF AND DEFENDANT-INTERVENOR v. UNITED STATES, DEFENDANT, AND NMB SINGAPORE LTD., PELMEC INDUSTRIES (PTE.) LTD. AND NMB CORP., DEFENDANT-INTERVENORS

Consolidated Court No. 95–03–00351

(Dated August 12, 1998)

## JUDGMENT

TSOUCALAS, Senior Judge: The Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, The Torrington Co. v. United States, Slip Op. 97–57 (May 14, 1997) ("Remand Results"), and Commerce having complied with the Court's Remand, it is hereby

ORDERED that the Remand Results are affirmed in their entirety; and it is further

ORDERED that, as all other issues have been decided, this case is dismissed.